MARY A. GWYER et al., as Executors and Trustees of CHRIS-
TOPHER GWYER, Deceased, Respondents, *v.* WILLIAM E.
GWYER, Respondent; CHRISTOPHER GWYER et al., Appel-
lants, and EDGAR L. GWYER, Defendant.

*Gwyer* v. *Gwyer*, 5 App. Div. 156, affirmed.
(Argued June 15, 1899; decided October 3, 1899.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered May
29, 1896, affirming a judgment entered upon a decision of the
court on trial at Special Term, construing the will of Chris-
topher Gwyer, deceased.

*Delos McCurdy* for appellants.

*Howard Thornton* and *Edward B. Hill* for respondents.

Judgment affirmed, with costs to the respondent William
E. Gwyer, to be paid out of the principal fund of the estate
of Christopher Gwyer, deceased, on opinion below.
All concur.

SUSAN GORDEN et al., as Executors of WILLIAM GORDEN,
Deceased, Appellants, *v.* WILLIAM L. STRONG, as Mayor of
the City of New York, et al., Respondents.

*Gordon* v. *Strong*, 15 App. Div. 519, affirmed.
(Argued June 15, 1899; decided October 3, 1899.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 14, 1897, affirming a judgment in favor of defendant
entered upon a decision of the court dismissing the complaint
on trial at Special Term.

*Stephen M. Hoye* and *James A. Sheehan* for appellants.

*George W. Wingate* and *John Whalen, Corporation Coun-
sel* ( *William J. Carr*, of counsel), for respondents.

Order affirmed, with costs; no opinion.
All concur.